UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
JULY 22, 2021
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

MAURICE BRYANT,

    Defendant.

Case No. 2:21-CR-00104-TLN-01

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:  UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>MAURICE BRYANT,</u> Case No. 2:21-CR-00104-TLN-01, Charges <u>21 U.S.C. § 846, 841(a)(1), 21 U.S.C. § 841(a)(1),</u> and <u>18 U.S.C. § 922(g)(1)</u>, from custody for the following reasons:

    ____  Release on Personal Recognizance

    ____  Bail Posted in the Sum of $ _____

    **X**  Unsecured Appearance Bond  <u>$50,000 to be co-signed by Tia Bryant and Shazarra Bryant</u>

    ____  Appearance Bond with 10% Deposit

    ____  Appearance Bond with Surety

    ____  Corporate Surety Bail Bond

    **X**  (Other): <u>To be released on July 23, 2021 at 9:00 AM, and to follow Pretrial Supervision conditions as set forth in the Pretrial Services Report and stated on the record. The defendant shall report to Pretrial Services immediately upon release.</u>

Issued at Sacramento, California on July 22, 2021.

_____
Troy L. Nunley
United States District Judge