Philip Cozens, State Bar Number 84051
Attorney at Law
1007 Seventh Street, Suite 208
Sacramento, CA   95814

Telephone: (916) 443-1504

Email: pcozens@aol.com

Attorney for Defendant Maurice Bryant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:21-CR-00104 TLN |
|---|---|---|
| | ) | |
| Plaintiff, | ) | DEFENDANT BRYANT'S [Proposed] |
| | ) | STIPULATION TO MODIFY TERMS OF |
| | ) |  PRE-TRIAL RELEASE |
| | ) | |
| MAURICE BRYANT, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | : |
| | ) | |

    Maurice Bryant respectfully requests his special conditions of release be modified to allow him (Maurice Bryant) to have contact with his brother, co-defendant Mark A. Martin. Specifically, Maurice Bryant requests Special Condition of Release #9 (ECF 93) be modified to state: "(9) You must not associate or have any contact with the co-defendants named in the Indictment, with the exception of your brother Mark A. Martin, whom you shall not discuss the case with, unless in the presence of counsel or otherwise approved in advance by the pretrial services officer." Pretrial Services and counsel for the government were consulted regarding this request and neither has an objection.  As such, Maurice Bryant respectfully requests he be

PROPOSED MODIFICATION OF ORDER FOR PRE-TRIAL RELEASE         -1-

granted the relief sought herein.  Pretrial Services advised Defendant's counsel Defendant is presently in compliance with his release conditions and there have been no previous issues with the Defendant and compliance with his release conditions.

Dated: December 22, 2021                    Respectfully Submitted,


                                                /s/Philip Cozens_____
                                                Philip Cozens
                                                Attorney for Defendant
                                                Maurice Bryant

It is stipulated by the Government that term 9 of the terms of release for Defendant Maurice Bryant (ECF 93) may be modified as stated in the Proposed Stipulation.


                                                /s/ Cameron Desmond____
                                                Cameron Desmond
                                                Assistant United States Attorney
                                                Attorney for Plaintiff

Philip Cozens, State Bar Number 84051
Attorney at Law
1007 Seventh Street, Suite 208
Sacramento, CA   95814

Telephone: (916) 443-1504

Email: pcozens@aol.com

Attorney for Defendant Maurice Bryant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:21-CR-00104 TLN |
|---|---|---|
| Plaintiff, | ) | DEFENDANT BRYANT'S [Proposed] ORDER MODIFYING TERMS OF PRE-TRIAL RELEASE |
| v. | ) | |
| MAURICE BRYANT, | ) | |
| Defendant. | ) | : |

Defendant Maurice Bryant's Special Condition of Release #9 (ECF 93) is hereby modified to state: "(9) You must not associate or have any contact with the co-defendants named in the Indictment, with the exception of your brother whom you shall not discuss the case with, unless in the presence of counsel or otherwise approved in advance by the pretrial services officer."

IT IS SO ORDERED.

Dated: December 29, 2021

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

PROPOSED MODIFICATION OF ORDER FOR PRE-TRIAL RELEASE          -3-