PHILLIP A. TALBERT
UNITED STATES ATTORNEY
CAMERON L. DESMOND
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MAURICE BRYANT,<br><br>Defendant. | CASE NO. 2:21-CR-00104-TLN<br><br>STIPULATION TO CONTINUE BAIL REVIEW HEARING; ORDER<br><br>DATE: May 19, 2022<br>TIME: 2:00 p.m.<br>COURT: Hon. Deborah Barnes |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate to continue the Bail Review hearing, currently scheduled for May 19, 2022, to May 20, 2022.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

STIPULATION TO CONTINUE BAIL REVIEW HEARING    1

The reason for the continuance is a scheduling conflict with Government counsel.  The defendant does not oppose the request.

IT IS SO STIPULATED.

Dated:  May 18, 2022                                               PHILLIP A. TALBERT
                                                                                    United States Attorney

                                                                                    /s/ CAMERON L. DESMOND
                                                                                    CAMERON L. DESMOND
                                                                                    Assistant United States Attorney

Dated:  May 18, 2022                                               /s/ Phillip Cozens
                                                                                    Phillip Cozens
                                                                                    Counsel for Defendant
                                                                                    Maurice Bryant

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED

Dated:  May 18, 2022

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

STIPULATION TO CONTINUE BAIL REVIEW HEARING     2