JOHN R. MANNING
Attorney at Law
1111 H Street, Suite 204
Sacramento, CA
(916) 444-3994
Fax: (916) 447-0931
jmanninglaw@yahoo.com

Attorney for Defendant
MARK A. MARTIN, Sr.

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:21-CR-00104-TLN |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| MAURICE BRYANT, et al., | DATE: May 18, 2023<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |
| Defendants. | |

The United States of America through its undersigned counsel, Cameron Desmond, Assistant United States Attorney, together with counsel for defendant Maurice Bryant, Philip Cozens, Esq., counsel for defendant Wilmer Harden, David D. Fischer, Esq., counsel for defendant Yovanny Ontiveros, Michael E. Hansen, Esq., counsel for defendant Mark Martin, John R. Manning, Esq., and counsel for defendant Alex White, Tamara L. Soloman, Esq., hereby stipulate the following:

1. By previous order, this matter was set for status conference on March 23, 2023.

2. William F. Portanova, Esq., who was appointed to this matter on, or about, January 26, 2023, and his client, defendant Steven Hampton, wish to remain on the March 23, 2023 calendar.

3. By this stipulation, the remaining defendants now move to continue the matter until **May 18, 2023, at 9:30 a.m.**, and to exclude time between March 23, 2023, and May 18, 2023, under Local Codes T-4 (to allow defense counsel time to prepare) and T-2 (complexity of the case). Time was previously excluded under both (T-2 and T-4) Local Codes.  The parties agree and

1

stipulate, and request the Court find the following:

    a.   The United States initially provided discovery, including: pdf reports, voluminous recorded phone conversations, GPS data, toll records, photographs, videos ect, ect, to the defense.  Because of the volume of discovery produced by the government and in anticipation of additional discovery being provided by the government, undersigned defense counsel sought the appointment of Coordinating Discovery Attorney (CDA) John C. Ellis.  The court signed the order appointing the CDA and Mr. Ellis reports the discovery now amounts to approximately thirty-four gigabytes of data, and consists of 4,313 pages of PDF documents, more than eight hours of video footage, and wiretap data from two target telephone lines. The wiretap data from two target telephones includes an additional forty-eight hours of audio recordings, 4,636 document files, 4,855 Google Earth location data files, and line sheets.  This discovery was provided to most defense counsel on, or about, November 1, 2021.  On, or about, July 26, 2022, due to inadvertently released materials within the previous discovery productions, the government, through CDA Ellis, reproduced the discovery.  Defense counsel appreciate the need for the re-publication of the discovery.  The reproduced production required the CDA's staff to create new indexes and search tools.

    b.  As such, Counsel for the defendants need additional time to review and analyze the discovery, conduct investigation, and interview potential witnesses related to the discovery production(s).

    c.  Counsel for the defendants believe the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    d.  The government does not object to the continuance.

    e.  Based on the above-stated findings, the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial within the original date prescribed by the Speedy Trial Act.

    f.  For the purpose of commuting time under the Speedy Trial Act, 18 United States Code

Section 3161 (h) (7) (A) within which trial must commence, the time period of March 23, 2023, to May 18, 2023, inclusive, is deemed excludable pursuant to 18 United States Code Section 3161 (h) (7) (A) and (B) (ii) and (iv), corresponding to Local Codes T-2 and T-4 because it results from a continuance granted by the Court at the defendants' request on the basis of the Court's finding the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

3.  Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.


IT IS SO STIPULATED.


Dated:  March 20, 2023                    /S/ Phillip Cozens
                                          PHILIP COZENS
                                          Attorney for Defendant
                                          Maurice Bryant

Dated:  March 20, 2023                    /S/ David D. Fischer
                                          DAVID D. FISCHER
                                          Attorney for Defendant
                                          Wilmer Harden

Dated:  March 20, 2023                    /S/ Michael E. Hansen
                                          MICHAEL E. HANSEN
                                          Attorney for Defendant
                                          Yovanny Ontiveros

Dated:  March 20, 2023                    /S/ John R. Manning
                                          JOHN R. MANNING
                                          Attorney for Defendant
                                          Mark Martin

Dated:  March 20, 2023                    /S/ Tamara L. Soloman
                                          TAMARA L. SOLOMAN
                                          Attorney for Defendant
                                          Alex White

///

///

Dated:  March 20, 2023                    Phillip A. Talbert
                                          United States Attorney

                                          /S/ Cameron Desmond
                                          CAMERON DESMOND
                                          Assistant United States Attorney


## FINDINGS AND ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.


IT IS SO FOUND AND ORDERED this 21st day of March, 2023.



                                          _____
                                          Troy L. Nunley
                                          United States District Judge