Philip Cozens, State Bar Number 84051
Attorney at Law
1007 Seventh Street, Suite 208
Sacramento, CA   95814

Telephone: (916) 443-1504

Email: pcozens@aol.com

Attorney for Defendant Maurice Bryant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:21-CR-00104 |
|---|---|---|
| | ) | |
| | ) | DEFENDANT'S REVISED |
| Plaintiff, | ) | STIPULATION TO CONTINUE |
| | ) | SENTENCING HEARING AND |
| v. | ) | ORDER. |
| | ) | |
| MAURICE BRYANT, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

     It is stipulated between the United States Attorney's Office for the Eastern District of California by Assistant United States Attorney Cameron Desmond, Esq. and Defendant Maurice Bryant through his attorney Philip Cozens, Esq., that:

     The Sentencing hearing, currently scheduled for July 11, 2024 at 9:30 a.m. in Judge Nunley's Court, be re-scheduled for September 19, 2024 at 9:30 a.m. in Judge Nunley's Court. The stipulated continuance is necessary because the Probation Officer has not interviewed Defendant Bryant; such interview is scheduled for July 25, 2024 at 1:00 in the probation department;  Defendant's attorney requires additional time to review and study probation report received from the Probation Department; and then write a sentencing memorandum for Defendant.

Time should be excluded for defense attorney preparation pursuant to Local Code T4 and the ends of justice outweigh the Defendant's and the public's interest in a speedy trial.  Time should be excluded from speedy trial calculations from July 11, 2024 through and including September 19, 2024.

It is so stipulated.

Dated: July 8, 2024                                            /s/ Cameron Desmond, Esq.

                                                  Cameron Desmond, Esq.
                                                  Assistant United States Attorney
                                                  Eastern District of California

                                                  /s/ Philip Cozens
                                                  Philip Cozens
                                                  Attorney at Law
                                                  Attorney for Defendant Maurice Bryant

**ORDER**

The court, having read and considered the above-stipulation and finding good cause therefore, orders that the Sentencing Hearing currently scheduled for July 11, 2024 at 9:30 a.m. in Judge Nunley's Court be re-scheduled for September 19, 2024 at 9:30 a.m. in Judge Nunley's Court.  Time is excluded for defense attorney preparation pursuant to Local Code T4 and the court finds the ends of justice outweigh the Defendants' and the public's interest in a speedy trial. Time will be excluded from speedy trial calculations from July 11, 2024 through and including September 19, 2024.

Dated: 7/9/2024

                                                  Troy L. Nunley
                                                  United States District Judge